PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 12/2023)

IN THE UNITED STATES DISTRICT COURT
FOR THE _Eastern_ DISTRICT OF TEXAS
_Texarkana_ DIVISION

**FILED**
JUL 19 2024
Clerk, U.S. District Court
Texas Eastern

ISAAC ZARATE #2038012
Plaintiff's Name and ID Number

Transferred to: Telford / Ferguson Unit (Amended)
Place of Confinement

CASE NO. 5:24-CV-00077-RWS-JBB
(Clerk will assign the number)

v. Warden: Coger, Feazel, Gorld, Sgt. Jenny Baird, C.O. D. Woods, Capt. Su, Capt. Chakra Ricks, Sgt. Cathy Morrion, Major Micheal Presell, Sgt. Billie Jackson, Mental Health Counselor Ms. Ehler/Ahler, Nurse: Ms. Russian, Ms. Johnson. C.O. Snead, C.O. Jenkins, C.O. Dunbar. C.O. Wesley (Removed) not in original

(All mailing to: TDCJ Telford Unit; Employees 3899 State Hwy 98 New Boston, TX 75570)

Defendant's Name and Address
( DO NOT USE "ET AL.")

**INSTRUCTIONS - READ CAREFULLY**

NOTICE:

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

**FILING FEE AND *IN FORMA PAUPERIS* (IFP)**

1. In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $55.00 for a total fee of **$405.00**.

2. If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at your prison unit.

3. The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis,* the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $55.00 administrative fee does not apply to cases proceeding *in forma pauperis*.)

4. If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motion for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I. PREVIOUS LAWSUITS:

    A. Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? ✓ YES ___ NO

    B. If your answer to "A" is "yes," describe each lawsuit in the space below. ~~(If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)~~

        1. Approximate date of filing lawsuit: **6-6-2024, 6-5-24, & 3-15-24**

        2. Parties to previous lawsuit:
          Plaintiff(s) **ISAAC ZARATE #2038012**
          Defendant(s) **(28) Warden Gibson, Major J. Alvarado, Major Wilson, Capt. Rapolee** [rest redacted]

        3. Court: (If federal, name the district; if state, name the county.) **San Antonio Division** [redacted]

        4. Cause number: **SA-24-CV-00278-XR** **Western District**

        5. Name of judge to whom case was assigned: **Xavier Rodriguez**

        6. Disposition: (Was the case dismissed, appealed, still pending?) **Pending & transferred - severed**

        7. Approximate date of disposition: **3-19-24**

Previous lawsuit: (6)

2: Defendants: Sgt. Camille Phillips, C.O. V. Gates, C.O. C. Alfred, C.O. Akinroabu, Mental Health Counselor Ms. Coffroad, Nurse Ms. Mosley, Nurse Pavan Chiluvoju, Provider W. Isbell, Law library official Ms. Jones. The rest are listed in this lawsuit. Lin C.O. Wesley taken out.

II. PLACE OF PRESENT CONFINEMENT: Polunsky

III. EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted all steps of the institutional grievance procedure? ✓ YES ___ NO

Attach a copy of your final step of the grievance procedure with the response supplied by the institution.
should of recieved by mail June 20th, 2024. July 15th, 2024.

IV. PARTIES TO THIS SUIT:

A. Name and address of plaintiff: Isaac ZARATE #2038012 Polunsky Unit 3872 FM 350 South. Livingston, TX 77351

B. Full name of each defendant, his official position, his place of employment, and his full mailing address.

Defendant #1: ~~[scribbled]~~ Warden Loger. Telford Unit. TDCJ facility. 3899 state HWY 98. New Boston, TX 75570

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
~~[scribbled]~~ Failed to investigate step 1 properly. I lost parole. Due to TDCJ violations.

Defendant #2: ~~[scribbled]~~ Warden Ford. Telford Unit. TDCJ facility. 3899 State HWY 98. New Boston, TX 75570

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you. He failed to investigate step 1 properly so I lost parole. Due to TDCJ violations. ~~[scribbled]~~

Defendant #3: ~~[scribbled]~~ Warden Gould. Telford Unit. TDCJ facility. 3899 state HWY 98. New Boston, TX 75570

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you. He failed to investigate step 1 properly so I lost parole due to TDCJ violations. ~~[scribbled]~~

Defendant #4: Mental Health counselor Ms. Ehler or Ahler. Telford Unit. TDCJ facility. 3899 state HWY 98. New Boston, TX 75570

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Has been notified of my health condition/my life in danger and she refused to notify Doctor or TDCJ staff.

Defendant #5: Major Michel Presell. Telford Unit. 3899 state HWY 98 New Boston, TX 75570

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
He fail to see me for UCC, G5ed me despite being eligible for a custody change, denied my safe prison investigation and he interferred with other legal proceedings. →

V. Nature of Claim: Civil Rights. Prisoner's NOS 550

3

(3)

## IV. Parties to suits (B)

★ Defendant 6: Capt. Sy. Telford Unit. 3899 state HWY 98, New Boston, TX 75570
  - Harm me by: Not following OHO guidelines knowing I was following all TDCJ procedures, therefore I lost parole & stayed 95 longer.

★ Defendant 7: Capt. Chakra Ricks. Telford Unit. 3899 state HWY 98, New Boston, TX 75570
  - Harm me by: Violating Disciplinary procedures despite evidence presented. Thus, I lost parole & stay 65ed longer when I shouldnt have been downgraded from a G2-S3.

★ Defendant 8: Sgt. Billie Jackson. Telford Unit. 3899 state HWY 98, New Boston, TX 75570
  - Harm me by: Writing me a case for a cellphone when I didnt have one, so I went 95 & lost my parole.

★ Defendant 9: Sgt. Cathy Morrison. Telford Unit. 3899 state HWY 98, New Boston, TX 75570
  - Harmed me by: writing me a case for fighting when she didnt see one & she retaliated against me by sending other people to fight me as well as denied me to go to Ramadan service.

★ Defendant 10: Sgt. Jenny Baird. Telford Unit. 3899 state HWY 98, New Boston, TX 75570
  - Harm me by: Not involving me in previous safe prison investigations and she failed to cooperate once I filed a OPI through a victims statement knowing I wasn't lying.

★ Defendant 11: C.O. Dunbar. Telford Unit. 3899 state HWY 98, New Boston, TX 75570
  - Harm me by: Not escorting me to medical when injuried nor did she notify proper staff on 8 Building.

★ Defendant 12: C.O. Jenkins. Telford Unit. 3899 state HWY 98, New Boston, TX 75570
  - Harmed me by: Refusing to take me to my medical lay ins.

★ Defendant 13: Ms. Russian (Nurse). Telford Unit. 3899 state HWY 98, New Boston, TX 75570
  - Harmed me by: Not giving me the proper treatment prior to Covid-19 epedemic, therefore I got sick & I wasnt able to get treatment.

★ Defendant 14: Nurse Ms. Johnson. Telford Unit. 3899 state HWY 98, New Boston, TX 75570
  - Harmed me by: Not giving me any pills despite sick call request nor did she notify the proper staff of my illnesses, Allergies ect.

★ Defendant 15: C.O. Snead. Telford Unit.
  - Harmed me by: spraying me in medical once LIO filed by Capt. J. Ricks even though I was in hand cuffs.

Isaac Zayote
PRO SE

V. STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT. On 5/11/24 I was written up for a cellphone article 38.11 in I didn't possess by Sgt. Billie Jackson. Capt. C. Ricks refused me to attend the hearing on 6-__-23. I was GSed June 2023 by Warden Coger. Once GSed Sgt. Morrison started coming to 8 Bldg to put people against me. On 6-29-23 I was written up for fighting with a offender at 9:22 AM when I wasn't. Also on 8/19/23 I was written up again for refusing to obey orders when I did follow all orders. Capt. Ricks held court for the fight case & found me guilty. 7/13/24 Capt. Su held the refusing to obey a order case on Sept, 2023 in which I was found guilty. I appealed these disciplinary cases immediately & I got my step 1s back from the Wardens Coger, Feazel & Gold saying they followed all TDCJ procedures despite my step 2 grievances being returned saying the cases got overturned. Also during safe prison investigation plantiff wanted filed in September J. Baird (sgt) didn't want to cooperate despite investigating me on other frivilous claims. Therefore, Major Presell didn't approve my transfer despite having access to TDCJ database & plantiff filing a victim statement. Also prior to going to 12 Bldg in August, 2023 C.O Snead sprayed me in medical while in handcuffs despite injuries. In which been reported to →

VI. RELIEF:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Medical/Dental/Mental Health Reimbursement. Monetary for legal fee, damage repair & file charges 1,000,000,000 (1 million).

VII. GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases.
ISAAC ZARATE / ISAAC ZARATE EL

B. List all TDCJ-CID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.
TDCJ-CID #2038012 / FBI No. 442994FD1

VIII. SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed? ___YES ✓NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

   1. Court that imposed sanctions (if federal, give the district and division): N/A
   2. Case number: N/A
   3. Approximate date sanctions were imposed: N/A
   4. Have the sanctions been lifted or otherwise satisfied? ✓YES ___NO

4

V. Statement of claim:

Medical personnel Ms. Russian/Ms. Johnson in which are nurses at the Telford Unit. Furthermore, C.O. Jenkins & C.O. Dunbar failed to escort me to medical in July, August & September despite having injuries and medical lay ins. I notified Ms. Ehler/Ahler of all this in September and the months previous in May, 2023. In which I've been on a mental health caseload since 2020. I also expressed the fact that I wanted all my medical records/visit conversation to be confidential except when I needed the right staff to know on Telford Unit due to allergies, & other illnesses.
(End of statement)

Isaac Zarate
PRO SE

AFFADAVIT

I do declare that this is true & correct under the penalty of perjury in the U.S. laws.

ISAAC ZARATE

I. Zarate
PRO SE,
Plantiff
Affiant

C. Has any court ever warned or notified you that sanctions could be imposed?   ✓ YES ___ NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. ~~(If more than one, use another piece of paper and answer the same questions.)~~

1. Court that issued warning (if federal, give the district and division): 1. Western & Southern District San Antonio & Houston Division
2. Case number: 4:24-CV-02142 / SA-24-CV-00278-XR →
3. Approximate date warning was issued: 3/19/24, 5/10/24, 6-17-24. →

Executed on: 7-10-24
DATE

ISAAC ZARATE #2038012
Isaac Zarate
(Signature of Plaintiff)
PRO SE,

## PLAINTIFF'S DECLARATIONS

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this 10th (Day) day of July (month), 20 24 (year).

ISAAC ZARATE #2038012
Isaac Zarate
(Signature of Plaintiff)
PRO SE,

**WARNING: Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.**

5

VIII. Sanctions (D)
  Court the issue warning:
  1. Western ~~District~~ District, San Antonio Division
  1. Southern District, Houston Division
     Case Number:
  2. ~~SA~~ SA-24-CV-00278-XR
  2. 4:24-CV-02142
     ~~~~ Approximate date warning was issued:
  3. 3/19/24
  3. 5/10/24
  3. 6/17/24